JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**Gloria Gonzalez, et al.,**<br><br>Defendants. | Case No. CV 13-03144 WDK (PLAx)<br><br>**JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendants Gloria Gonzalez, an individual d/b/a Tony Rays, and Tonyrays, Inc., an unknown business entity d/b/a/Tony Rays, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendants, Gloria Gonzalez, an individual d/b/a Tony Rays, and Tonyrays, Inc., an unknown business entity d/b/a/Tony Rays as follows:

    (a)    defendants Gloria Gonzalez, an individual d/b/a Tony Rays, and

1  Tonyrays, Inc., an unknown business entity d/b/a/Tony Rays , shall pay the
2  plaintiff, Joe Hand Promotions, Inc., $4,400.00 in total damages plus attorneys'
3  fees in the amount of $640.00 plus costs.

5  IT IS SO ORDERED.

7  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
8  States mail or by telefax or by email, copies of this Order on counsel in this
9  matter.

12 Dated:   9/4/14

_____
William Keller
United States District Judge

- 2 -